IN THE UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| **MICHAEL HUFF,** *Plaintiff,* v. **THOMAS E. LUPINSKI, WILLIAM M. FOX,** and **THE CITY OF SILVIS** *Defendants.* | Civil Case No. 4:14-cv-4063 **RESISTANCE TO MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S COMPLAINT** |

The Plaintiff, Michael Huff, by and through his attorneys, Puryear Law P.C., resists the Defendants' Motion to Extend Time to Reply to Plaintiff's Complaint and, in support thereof, offers the following:

1. The Plaintiff filed the Complaint in this matter on July 22, 2014.

2. The Defendants were timely served on August 1.

3. The Defendants were notified that they had 21 days to respond with an Answer or other Responsive Pleading, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

4. The Defendants retained counsel on or before August 13, 2014, which was 9 days before the deadline.

5. The Defendants aver that they had to review the entirety of the administrative review matter in order to respond to the Complaint here.

6. However, it is incorrect to suggest that the resolution of the administrative review matter would answer the Plaintiff's concerns raised in this matter.

7. The Defendants have failed to show why such an extended review was necessary.

8. As the Defendants have not shown that the extension of time was necessary, the Plaintiff's position is that the extension of time to file the responsive pleading should be denied and that the Motion filed on August 29 should be stricken.

**WHEREFORE**, the Plaintiff requests that this Court deny the Defendants' Motion to Extend Time and grant any further or other relief that this Honorable Court deems appropriate.

Respectfully submitted,
**Michael Huff,** the Plaintiff

By: */s/ Eric S. Mail*
Eric S. Mail

**PURYEAR LAW P.C.**
3719 Bridge Avenue, Suite 6
Davenport, Iowa 52807
563.265.8344 – phone
866.415.5032 – facsimile
mail@puryearlaw.com

ATTORNEY FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

I certify that on **September 2, 2014**, I electronically filed the foregoing **Resistance** with the Clerk of Court using the CM/ECF System, which will give notice to the following attorneys of record.

**Jeffrey D. Jacobs**
**Jeffrey D. Martens**
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL 61266-0659
Phone: (309) 797-0850
Fax: (309) 764-1371
E-mail: jjacobs@bnpn.com
E-mail: jmartens@bnpn.com

PURYEAR LAW, P.C.

By: /s/ *Eric S. Mail*
    Eric S. Mail

ONE OF THE ATTORNEYS
FOR MICHAEL T. HUFF