E-FILED
Friday, 16 October, 2015  01:26:43 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| Michael T Huff<br>      Plaintiff, | |
| v. | No. 14-4063 |
| Thomas E Lupinski, et al<br>      Defendants | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal or other appropriate pleading. FRCP 41(a)

All timetables and scheduled hearings in this case are cancelled until further notice.

Entered on October 16, 2015

              s/Jonathan E. Hawley
              JONATHAN E. HAWLEY
              U.S. MAGISTRATE JUDGE